UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ML, et al.,<br><br>                          Plaintiffs,<br><br>            -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                          Defendant. | 23-cv-9677 (AS)<br><br>**ORDER** |

ARUN SUBRAMANIAN, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. However, the Court will **not** extend deadlines to respond to the complaint or to set a case schedule based on settlement discussions. The parties should expeditiously finalize settlement if they wish to avoid litigation.

**Within two days of the date of this Order**, Plaintiffs shall serve this Order electronically on counsel for Defendant and file proof of such service on ECF.

Dated: November 6, 2023
New York, New York

SO ORDERED.

ARUN SUBRAMANIAN
United States District Judge